UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE WASHINGTON HOSPITAL COMPANY, LLC dba DEACONESS MEDICAL CENTER,<br><br>                  Plaintiff,<br><br>  v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 1199NW,<br><br>                  Defendant.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 1199NW,<br><br>     Defendant/Counter Claimant,<br><br>  v.<br><br>SPOKANE WASHINGTON HOSPITAL COMPANY, LLC dba DEACONESS MEDICAL CENTER,<br><br>     Plaintiff/Counter Defendant. | NO: 11-CV-0373-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1

1 | BEFORE THE COURT is the stipulation of the parties to dismiss all claims
2 | in the above-captioned case (ECF No. 22). The Court has given due consideration
3 | to the parties' stipulation.
4 | ACCORDINGLY, IT IS HEREBY ORDERED:
5 | 1. All claims brought in the above-captioned case are DISMISSED with
6 | prejudice.
7 | 2. This case is DISMISSED.
8 | 3. Each party shall bear its own costs and attorneys' fees.
9 | 4. The District Court Executive is hereby directed to enter this Order,
10 | furnish copies to counsel, and CLOSE the file.
11 | **DATED** this 7th day of August, 2012.
12 | *s/ Thomas O. Rice*
13 | THOMAS O. RICE
United States District Judge